**United States Court of Appeals**
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

David J. Smith                                                    In Replying Give Number
Clerk                                                            Of Case and Names of Parties

January 4, 2023

**NOTICE TO COUNSEL OR PARTIES IN CASES LISTED BELOW:**

The following cases are scheduled for oral argument during the week of **APRIL 17, 2023, IN ATLANTA, GEORGIA.  COURT WILL BE HELD TUESDAY-FRIDAY OF THIS WEEK. COUNSEL WILL RECEIVE A FINAL CALENDAR APPROXIMATELY 6-8 WEEKS IN ADVANCE OF THE SESSION ASSIGNING A SPECIFIC DATE OF ORAL ARGUMENT.** *Please note that after an appeal is assigned to a specific day for oral argument, any change in or addition to counsel in the appeal requires leave of court.  See 11*[th] *Cir.R.34-4(e).*

If counsel has any insoluble scheduling conflicts which would interfere with argument during that week, please telephone this office **AS SOON AS POSSIBLE** at 404-335-6166 or email Jenifer_Tubbs@ca11.uscourts.gov

**JENIFER TUBBS**
Court Sessions Supervisor
-------------------------------------------------------------------------------------------------------------------------

***PLEASE TELEPHONE THIS OFFICE IMMEDIATELY WITH ANY SCHEDULING REQUESTS. PLEASE REFER TO CALENDAR #14.***

| | |
|---|---|
| 22-11787 | Young Israel of Tampa, Inc. v. Hillsborough Area Regional Transit Authority (REVISED ARGUMENT DATE) |
| 22-10514 | North Shore Medical Center, Inc., et al. v. Cigna Health and Life Insurance Company (REVISED ARGUMENT DATE) |
| 21-14503 | Robert Ponzio, et al. v. Emily Pinon, et al. (REVISED ARGUMENT DATE) |
| 22-10927 | Joshua English, et al. v. Jonathan Fowler, et al. |
| 22-11870 | GLE Scrap Metal, Inc. v. Tian Tan, et al. |
| 22-10611 | Charles Baldwin v. Express Oil Change, LLC |
| 21-14161 | Federal Trade Commission v. Hi-Tech Pharmaceuticals, Inc., et al. |
| 22-10614 | Kevin Jumlist, et al. v. Prime Insurance Co., et al. |
| 20-10150 | Ricky Johnson v. Sharon Lewis, et al. |
| 22-10926 | Top Tobacco, L.P., et al. v. Diamond Wholesale, LLC |
| 21-12743 | Mucktaru Kemokai v. U.S. Attorney General |
| 22-11504 | Charles Bedgood, et al. v. Wyndham Vacation Resorts, Inc., et al. |